AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>Investigative – Filed Under Seal</u> |
| v. | Case No. 26-mj-58 (JFD) |
| GILLIAN SUZANNE ETHERINGTON | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 7, 2026, in the State and District of Minnesota, the defendant **Gillian Suzanne Etherington** (YOB 1995), did using a deadly weapon, forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, Special Agent of the United States Immigration and Customs Enforcement Homeland Security Investigations, who were engaged in, and on account of, the performance of official duties, all in violation of Title 18, Section 111(b).

**Count 2**: On or about January 7, 2026, in the State and District of Minnesota, the defendant **Gillian Suzanne Etherington** (YOB 1995), did willfully injure or commit depredation against property of the United States in violation of Title 18, Section 1361.

I further state that I am a Special Agent with the HSI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

_____
*Complainant's signature*

Richard Berger, Special Agent, HSI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Facetime and email), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: January 23, 2026

City and State: St. Paul, MN

_____
*Judge's Signature*

John F. Docherty
United States Magistrate Judge
*Printed Name and Title*