UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) ) ) | 18 U.S.C. § 111(a)(1) |
| v. | ) ) | |
| GILLIAN ETHERINGTON, | ) ) | |
| Defendant. | ) ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding Federal Officers or Employees)

On or about January 7, 2026, in the State and District of Minnesota, the defendant,

**GILLIAN ETHERINGTON,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, employees of the United States Border Patrol, while such officers and employees were engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).


SCANNED
FEB 0 3 2026
U.S. DISTRICT COURT MPLS

Dated: February 3, 2026          DANIEL N. ROSEN
                                 United States Attorney

                                 /s/   John Arboleda
                                 ─────────────────────────
                                 BY:  JOHN ARBOLEDA
                                 Special Assistant United States Attorney