**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**ARRAIGNMENT MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE DAVID T. SCHULTZ |
| | U.S. MAGISTRATE JUDGE |

v.

GILLIAN SUZANNE ETHERINGTON (1),

Defendant.

| | |
|---|---|
| Case No: | 26-mj-68 (NEB/DTS) |
| Date: | February 12, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | Courtroom 9W |
| Time Commenced: | 9:00 AM |
| Time Concluded: | 9:10 AM |
| Time in Court: | 10 Minutes |

APPEARANCES:

　　Plaintiff:　　Michael Hakes-Rodriguez, Assistant U.S. Attorney
　　Defendant:　Aaron Morrison, Public Defender

X Reading of Information Waived

X Not Guilty Plea Entered

　　　　　　　　　　　　　　　　　　　　　　　　　　/s TBD
　　　　　　　　　　　　　　　　　　　　　　　　　　Law Clerk