UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. 26-mj-58 (NEB/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GILLIAN ETHERINGTON,

        Defendant.

**GOVERNMENT'S RESPONSE TO ETHERINGTON'S MOTION TO DISCLOSE PURSUANT TO RULE 6(e)**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and John R. Arboleda, Special Assistant United States Attorney, hereby submits its response to Etherington's motion for Disclosure under Fed. R. Crim P. 6(e).

On March 5, 2026, Etherington moved to compel discovery related to: (1) any "No Bill" returned by the grand jury related to her; (2) any testimony or evidence presented to the grand jury that resulted in a "No Bill."[1]

For reasons that will be provided to the Court ex parte due to Grand Jury secrecy rules, this motion should be denied. To the extent that any Grand Jury information is exculpatory as defined by *Brady v. Maryland* and its progeny or constitutes *Jenks* pursuant to 18 U.S.C. §3500, the United States agrees to disclose it.

---

[1] Consistent with Rule 6(e), the United States does not acknowledge the existence or non-existence of any such information.

1

Dated: March 12, 2026                    Respectfully Submitted,


                                          DANIEL N. ROSEN
                                          United States Attorney

                                          *s/ John R. Arboleda*
                                          BY: John R. Arboleda
                                          Special Assistant U.S. Attorney