UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-58 (NEB/DTS)

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

GILLIAN ETHERINGTON,

          Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS.**

The United States of America, by and through its attorneys, United States Attorney Daniel N. Rosen for the District of Minnesota, and John R. Arboleda, Special Assistant United States Attorney, respectfully moves the Court for an extension of time to file a respond to Etherington's motions: Motion to Dismiss for Outrageous Government Conduct and for an Evidentiary Hearing. (ECF No. 36), Motion to Dismiss for Duplicity. (ECF No. 37).

On March 17, 2026, at a Motion hearing, Judge David T. Shultz granted Etherington's request to file a Motion for Outrageous Government Conduct by March 20, 2026. (ECF No. 34). Etherington filed two motions, See ECF No. 36,37. The Government is requesting an extension of time to properly address Etherington's motions, considering the requested relief. The Government conferred with Counsel, and there is no objection to the requested extension of time.

2

Accordingly, the United States respectfully requests an extension of time until April 1, 2026, to submit the Government's response to Etherington's motions.

Dated: March 26, 2026                    Respectfully submitted,

                                         DANIEL N. ROSEN
                                         United States Attorney

                                         s/*John R. Arboleda*
                                    BY:  JOHN R. ARBOLEDA
                                         Special Assistant U.S. Attorney