UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-58 (NEB/DTS)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

GILLIAN ETHERINGTON,

        Defendant.

**GOVERNMENT'S BILL OF PARTICULARS**

The United States of America, by and through its attorneys, United States Attorney Daniel N. Rosen for the District of Minnesota, and John R. Arboleda, Special Assistant United States Attorney, respectfully submits a Bill of Particulars under Fed. R. Crim. Pro. 7(f):

1.    On January 23, 2026, a felony complaint was filed, alleging one count of forcibly assaulting, resisting, opposing, impeding, or interfering with a person designated in 18 U.S.C. § 1114 in violation of 18 U.S.C. § 111(b), and one count of willfully injuring or committing a depredation against property of the United States in violation of 18 U.S.C §§1361. (ECF No. 1)

2.    On February 3, 2026, a misdemeanor information was filed, alleging one count of forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with a person designated in 18 USC. §1114 in violation of 18 U.S.C § 111 (a)(1). (ECF No. 14).

3.     On March 17, 2026, Defendant Gillian Etherington appeared before Magistrate Judge David T. Shultz for a Motions Hearing. (ECF No. 34). At the hearing, Magistrate Judge David T. Shultz, asked the government to provide a clarification on the record as to the nature of the allegation against Defendant, Gillian Etherington. *Id.*

4.     Subsequently, as a result of the government's response, Etherington filed a Motion to Dismiss for Duplicity. (ECF No. 37). In Etherington's motion, Etherington alleges that she was "unaware that the Government was charging her with two distinct offenses in a single count." *Id.*

5.     Therefore, the Government believes that justice requires clarity and submits this bill of particulars.

6.     On or about January 7, 2026, agents and officers with the United States Border Patrol (USBP) and Customs and Border Protection (CBP) Office of Professional Responsibility (OPR) were conducting roving operations in the Minneapolis and Saint Paul area.

7.     While performing these duties, federal law enforcement, agents observed a Toyota pickup bearing license plate MN PVK 832, operated by Gillian Etherington, driving erratically, and swerving in and out of traffic interfering with the motorcade's ability to conduct their operation. Etherington then struck a USBP vehicle which caused the USBP roving motorcade convoy to be separated. The USBP vehicle convoy attempted to evade Toyota with no

success. Due to Etherington's disregard for the safety of officers and their duties, USBP agents were properly authorized to box Etherington in.

8.      USBP agents, wearing clearly marked law enforcement clothing, exited their vehicles to warn the driver of the Toyota to stop impeding the motorcade. Before USBP agents could speak with Etherington, Etherington reversed her vehicle and aggressively drove away, ramming the rear of a USBP vehicle, with agents inside.

9.      The USBP vehicles followed the Toyota until the Toyota made a U-turn, driving into oncoming traffic, and striking an unmarked law enforcement vehicle near Roosevelt High School in Minneapolis.

10.     USBP agents subsequently arrested Etherington for violating Title 18, United States Code, Section 111(a)(1).

Respectfully submitted,

Daniel D. Rosen
United States Attorney

*/s/ John R. Arboleda*
BY: John R. Arboleda
Special Assistant United States Attorney

3