UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-58 (NEB/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.                    Plaintiff, | ) | **STATEMENT OF FACTS IN SUPPORT** |
| | ) | **OF EXCLUSION OF TIME UNDER THE** |
| GILLIAN SUZANNE | ) | **SPEEDY TRIAL ACT** |
| ETHERINGTON, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Gillian Etherington, the defendant in this case, agree to the following statement of facts in support of the exclusion of time under the Speedy Trial Act. I need additional time to consult with my attorney and continue negotiations with the Government.

Based on the above facts, I request the Court to exclude 180 days under the Speedy Trial Act. Specifically, I request that starting May 11, 2026, 180 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:  May 11, 2026

_____
Gillian Etherington
Defendant

Dated:  May 11, 2026

*s/ Aaron Morrison*

_____
AARON MORRISON
Attorney ID No: 0341241
Attorney for Ms. Etherington
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415