**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GILLIAN SUZANNE ETHERINGTON,

Defendant.

Case No. 26-MJ-58 (1) (NEB/DTS)

ORDER FOR DISMISSAL

The Government filed a Motion to Dismiss the Indictment against the above-named defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (ECF No. 60.) Defendant completed the terms of the Agreement for Pretrial Diversion. The U.S. Pretrial and Probation Services has confirmed Defendant was compliant with the conditions of the agreement for the required term. Per the agreement, The United States moved to dismiss this case with prejudice.

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government's motion for dismissal is hereby GRANTED and the Indictment against the above-named Defendant is dismissed with prejudice.

Dated: November 16, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge